UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ZAZELLA & SINGER, ESQS.
36 Mountain View Boulevard
Wayne, New Jersey 07470
(973) 696-1700 Telephone
(973) 696-3228 Telefax
Attorneys for Debtor
LSS 7914

**Order Filed on September 18, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

ROBERT P. ESTRADA,

       DEBTOR.

Case Number: 17-27259-SLM

Hearing Date: _____

Judge: Stacey L. Meisel

Chapter: 7

Recommended Local Form:   ☑ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 18, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted. The deadline to file schedules is extended to _____9/29/2017_____.

☐ Denied.

*rev.8/1/15*