UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ESTRADA, ROBERT

Case No.: 17-27259 (SLM)  
Chapter: 7  
Judge: STACEY L. MEISEL

## NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on DECEMBER 5, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 138 Lake Drive<br>Wayne, NJ 07470<br><br>Current Market Value: $600,000.00 |
|---|---|

| Liens on property: | $525,707.00 |
|---|---|

| Amount of equity claimed as exempt: | $23,675.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO: (973) 597-9100  
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED: November 2, 2017

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 17-27259-SLM
Robert Estrada                                                  Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Nov 02, 2017
                              Form ID: pdf905          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Robert Estrada,    269 Van Buren Street,    Lyndhurst, NJ 07071-1320
517029384      +Bank of America,    P.O. Box 2493,    Norfolk, VA 23501-2493
517029385      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
517029386      +Charla Estrada,    138 Lake Drive West,    Wayne, NJ 07470-5700
517029388       Joseph C Perconti,Esq,    999 Riverview Ave,    Suite 360,   Carlstadt, NJ 07072
517029389      +Kim Law Group, P.C.,    The Lits Building, suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
517029390      +Lakeland Bank,    507 Prudential Rd.,   Horsham, PA 19044-2308
517029392      +Packanack Community Association,    52 lake Drive west,   Wayne, NJ 07470-5733
517029393       Pamela Cerutti Esq,    52 Fairfield St,   Carlstadt, NJ 07072
517029395      +Security Service Fcu,    Po Box 691510,   San Antonio, TX 78269-1510
517090042      +Township of Wayne,    475 Vallry Road,   Wayne, NJ 07470-3532
517029396      +Township of Wayne,    Legal Department,   475 Valley Road,   Wayne, NJ 07470-3532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:03      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
517029387      +E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 22:41:40      Internal Revenue Service,
                 Insolvency Remittance,   P.O. Box 7317,   Philadelphia, PA 19101-7317
517029391      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2017 22:42:02     Midland Funding LLC,
                 8875 Aero Dr.,   San Diego, CA 92123-2255
517029394      +E-mail/Text: bkdepartment@rtresolutions.com Nov 02 2017 22:42:12      Real Time Resolutions,
                 Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517090031*     +Bank of America,    P.O. Box 2493,   Norfolk, VA 23501-2493
517090032*     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
517090033*     +Charla Estrada,    138 Lake Drive West,   Wayne, NJ 07470-5700
517090034*     +Internal Revenue Service,    Insolvency Remittance,   P.O. Box 7317,
                 Philadelphia, PA 19101-7317
517090035*      Joseph C Perconti,Esq,    999 Riverview Ave,   Suite 360,   Carlstadt, NJ 07072
517090036*     +Kim Law Group, P.C.,    The Lits Building, suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
517090037*     +Lakeland Bank,    507 Prudential Rd.,   Horsham, PA 19044-2308
517090038*     +Midland Funding LLC,    8875 Aero Dr.,   San Diego, CA 92123-2255
517090039*     +Packanack Community Association,    52 lake Drive west,   Wayne, NJ 07470-5733
517090040*      Pamela Cerutti Esq,    52 Fairfield St,   Carlstadt, NJ 07072
517090041*     +Security Service Fcu,    Po Box 691510,   San Antonio, TX 78269-1510
                                                                                 TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
```

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Nov 02, 2017
                               Form ID: pdf905            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Leonard S Singer    on behalf of Debtor Robert  Estrada zsbankruptcy@gmail.com, r57125@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                     TOTAL: 5